IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION     MDL 2327

THIS DOCUMENT RELATES TO:

CORENA M. McCURRY

                              Plaintiff,

v.                                                   Civil Action No. 2:15-cv-11956

ETHICON, INC., and
JOHNSON & JOHNSON

                              Defendants.

## MEMORANDUM OPINION AND ORDER

On November 15, 2018, a Suggestion of Death was filed by plaintiff's counsel suggesting the death of Corena M. McCurry during the pendency of this civil action. [ECF No. 12].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 308 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Ethicon, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2327 [ECF No. 6218], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party. Corena M. McCurry was the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 308, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 11, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE